154 A.3d 704

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SIR WRIGHT, DEFENDANT-PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004457–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 704

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MYEI-SHA D. WYATT (A/K/A MYEISHA DAWN WYATT, AND MYEI-SHA DAWN GREENWOOD), DEFENDANT–PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003411–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.